ABBEY, WEITZENBERG, WARREN & EMERY
RICHARD W. ABBEY, Esq., State Bar 53039
MITCHELL B. GREENBERG, Esq., State Bar 114878
RACHEL K. NUNES, Esq., State Bar 172525
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

JAMES ANTON BEITZ, MN Atty. ID 6233
HAGERTY, JOHNSON, ALBRIGHTSON & BEITZ, P.A.
701 Fourth Avenue, South, Suite 901
Minneapolis, Minnesota 55415
Telephone: (612) 349-9000

Attorneys for Defendant
DISTRIBUTION ALTERNATIVES, INC., dba DSS

E-Filing

FILED

JUL X 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

BETTA PRODUCTS, INC.,

    Debtor,

---

BETTA PRODUCTS, INC.,

    Plaintiff,

v.

DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS,

    Defendant.

Case No.: C-07-02661 VRW

Chapter 11 Bankruptcy Case No.: 03-10925
Adversary Proceeding No. 05-01046

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

The Honorable Vaughn R. Walker

James Anton Beitz, an active member in good standing of the bar of Minnesota, whose business address and telephone number is: HAGERTY, JOHNSON, ALBRIGHTSON & BEITZ, P.A., 701 Fourth Avenue, South, Suite 901, Minneapolis, Minnesota 55415, Telephone: (612)

-1-

1  349-9000, having applied in the above-entitled action for admission to practice in the Northern
2  District of California on a *pro hac vice* basis, representing defendant Distribution Systems and
3  Services, Inc.
4      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*. Service of papers upon and communication with co-counsel designated in the application
7  shall constitute notice to the party. All future filings in this action are subject to the requirements
8  contained in General Order No. 45, *Electronic Case Filing*.
9  Dated: _____July 9_____, 2007.

                                VAUGHN R. WALKER
                                United States District Court Judge

| | |
|---|---|
| United States District Court<br>Northern District of California | Case No.: C 07-02661 VRW |

**PROOF OF SERVICE**
**[Code Civ. Proc. § 1013(a)]**

I am employed in the County of Sonoma, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date set out below, I served the attached:

**(Proposed) ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Daren R. Brinkman. Esq.                Counsel for Plaintiff
Laura J. Portillo, Esq.                Betta Products, Inc.
Brinkman Portillo, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
daren@brinkmanlaw.com

XX    (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

_____    (BY OVERNIGHT MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for overnight mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the overnight mail provider the same day as it is placed for processing.

_____    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee(s) noted above.

_____    (BY FACSIMILE) I caused said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

_____    (BY ELECTRONIC TRANSMISSION) I caused said document to be transmitted electronically to the email addresses indicated after the address(es) noted above.

////

**PROOF OF SERVICE**

**United States District Court**
**Northern District of California**

Case No.: C 07-02661 VRW

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June ___15___, 2007, in Santa Rosa, California.

             *Barbara S. Himbert*
             Barbara S. Himbert

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

**PROOF OF SERVICE**