ABBEY, WEITZENBERG, WARREN & EMERY
RICHARD W. ABBEY, Esq., State Bar 53039
MITCHELL B. GREENBERG, Esq., State Bar 114878
RACHEL K. NUNES, Esq., State Bar 172525
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

JAMES ANTON BEITZ, MN Atty. ID 6233
HAGERTY, JOHNSON, ALBRIGHTSON & BEITZ, P.A.
701 Fourth Avenue, South, Suite 901
Minneapolis, Minnesota 55415
Telephone: (612) 349-9000

Attorneys for Defendant
DISTRIBUTION ALTERNATIVES, INC., dba DSS

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>BETTA PRODUCTS, INC.,<br><br>Debtor, | **Case No.: C-07-02661 VRW**<br><br>Chapter 11 Bankruptcy Case No.: 03-10925<br>Adversary Proceeding No. 05-01046 |
| BETTA PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS,<br><br>Defendant. | **NOTICE OF ENTRY OF ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>The Honorable Vaughn R. Walker |

PLEASE TAKE NOTICE that on July 9, 2007, the Honorable Vaughn R. Walker granted the Application for Admission of Attorney *Pro Hac Vice*. A true and correct copy of said Order

Granting Application for Admission of Attorney *Pro Hac Vice* is attached hereto as Exhibit A.

Dated: July 12, 2007.

ABBEY, WEITZENBERG, WARREN & EMERY

By: [signature]

Richard W. Abbey, Esq., State Bar 53039
Mitchell B. Greenberg, Esq., State Bar 114878
Rachel Nunes, Esq., State Bar 172525
100 Stony Point Road, Suite 200
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

JAMES ANTON BEITZ, MN Atty. ID No. 6233
HAGERTY JOHNSON & BEITZ P.A.
701 Fourth Avenue, South, Suite 700
Minneapolis, Minnesota 55415
Telephone: (612) 349-9000
*(Appearing Pro Hac Vice)*

Attorneys for Defendant

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

# EXHIBIT A

ABBEY, WEITZENBERG, WARREN & EMERY
RICHARD W. ABBEY, Esq., State Bar 53039
MITCHELL B. GREENBERG, Esq., State Bar 114878
RACHEL K. NUNES, Esq., State Bar 172525
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

JAMES ANTON BEITZ, MN Atty. ID 6233
HAGERTY, JOHNSON, ALBRIGHTSON & BEITZ, P.A.
701 Fourth Avenue, South, Suite 901
Minneapolis, Minnesota 55415
Telephone: (612) 349-9000

Attorneys for Defendant
DISTRIBUTION ALTERNATIVES, INC., dba DSS

RECEIVED
07 JUN 18 PM 4:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

FILED
JUL X 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

BETTA PRODUCTS, INC.,

Debtor,

BETTA PRODUCTS, INC.,

Plaintiff,

v.

DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS,

Defendant.

**Case No.: C-07-02661 VRW**

Chapter 11 Bankruptcy Case No.: 03-10925
Adversary Proceeding No. 05-01046

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The Honorable Vaughn R. Walker

James Anton Beitz, an active member in good standing of the bar of Minnesota, whose business address and telephone number is: HAGERTY, JOHNSON, ALBRIGHTSON & BEITZ, P.A., 701 Fourth Avenue, South, Suite 901, Minneapolis, Minnesota 55415, Telephone: (612)

349-9000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Distribution Systems and Services, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 9, 2007.

VAUGHN R. WALKER
United States District Court Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

**United States District Court**
**Northern District of California**

**Case No.: C 07-02661 VRW**

**PROOF OF SERVICE**
**[Code Civ. Proc. § 1013(a)]**

I am employed in the County of Sonoma, California. I am over the age of eighteen (18) years and not a party to the within cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date set out below, I served the attached:

**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Daren R. Brinkman. Esq.
Laura J. Portillo, Esq.
Brinkman Portillo, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
daren@brinkmanlaw.com

Counsel for Plaintiff
Betta Products, Inc.

XX (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

____ (BY OVERNIGHT MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for overnight mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the overnight mail provider the same day as it is placed for processing.

____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee(s) noted above.

____ (BY FACSIMILE) I caused said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

____ (BY ELECTRONIC TRANSMISSION) I caused said document to be transmitted electronically to the email addresses indicated after the address(es) noted above.

////



ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

Case 3:07-cv-02661-VRW Document 6 Filed 07/09/2007 Page 4 of 4

**United States District Court**
**Northern District of California**

**Case No.: C 07-02661 VRW**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 15, 2007, in Santa Rosa, California.

/s/ Barbara S. Himbert
Barbara S. Himbert

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

**PROOF OF SERVICE**
**[Code Civ. Proc. § 1013(a)]**

I am employed in the County of Sonoma, California.

I am over the age of eighteen (18) years and not a party to the within cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date set out below, I served the attached:

**NOTICE OF ENTRY OF ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Daren R. Brinkman. Esq.
Laura J. Portillo, Esq.
Brinkman Portillo, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998
daren@brinkmanlaw.com

Counsel for Plaintiff
Betta Products, Inc.

XX (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

XX (BY OVERNIGHT MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for overnight mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Abbey, Weitzenberg, Warren & Emery for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the overnight mail provider the same day as it is placed for processing.

_____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the addressee(s) noted above.

_____ (BY FACSIMILE) I caused said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

_____ (BY ELECTRONIC TRANSMISSION) I caused said document to be transmitted electronically to the email addresses indicated after the address(es) noted above.

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 12, 2007, in Santa Rosa, California.

/s/ Barbara S. Himbert
Barbara S. Himbert

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2280 |
| CONNECTION TEL | 18185972998 |
| CONNECTION ID | |
| ST. TIME | 07/12 10:39 |
| USAGE T | 01'21 |
| PGS. SENT | 10 |
| RESULT | OK |

ABBEY, WEITZENBERG, WARREN & EMERY P.C.

Attorneys and Counselors at Law

FACSIMILE TRANSMITTAL LETTER

**Date:** July 12, 2007

**To:**

| Name | Fax No. | Phone No. |
|---|---|---|
| Daren R. Brinkman, Esq.<br>Laura J. Portillo<br>Brinkman Portillo, PC | (818) 597-2998 | |

**From:** **Phone: (707) 542-5050** **Fax: (707) 542-2589**
**Mitchell B. Greenberg**

**Re: Betta Products, Inc. /// Distribution Systems and Services, Inc.**

**Sent by:** Barbara S. Himbert **Phone: (707) 521-2629**

| | |
|---|---|
| File Name: | File No. 10806 |
| Number of Pages, Including Cover: 10 | Originals Follow by Mail: Yes |

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (707) 521-2629.
**MESSAGE:**

Attached is NOTICE OF ENTRY OF ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* in the above matter

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this fax message is attorney-client privileged and confidential, intended for the use of the intended recipient named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this