1 | Daren R. Brinkman (State Bar No. 158698)
2 | Laura J. Portillo (State Bar. No. 186813)
  | BRINKMAN PORTILLO, PC
3 | 4333 Park Terrace Drive, Suite 205
  | Westlake Village, CA 91361
4 | Telephone: (818) 597-2992
5 | Facsimile: (818) 597-2998

6 | Special Counsel to Betta Products Inc.,
  | And Special Counsel to Dana McCurnin,
7 | Trustee of the Betta Products Litigation
  | Trust
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

BETTA PRODUCTS, INC., a California Corporation

      Debtor.

BETTA PRODUCTS, INC., the Debtor in Possession,

      Plaintiff,

v.

DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS,

      Defendant.

)
) **District Court**
)
) **Civil Action No. CV 07-02661 VRW**
)
)
)
) Bankruptcy Case No. 03-10925 AJ
)
) Chapter 11
)
) Adversary No. 05-01046
)
)
)
) **APPENDIX**
)
)
)
)

## MANUAL FILING NOTIFICATION

Regarding: <u>APPENDIX: EXCERTS OF RECORD VOLUMES 1 THROUGH 4 OF APPEALLANTS BETTA PRODUCTS, INC., AND DANA MC CURNIN, TRUSTEE OF THE BETTA PRODUCTS LITIGATION TRUST, ON APPEAL OF JUDGMENT CONFIRMING ARTIBRATION AWARD</u>

///
///

1

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.
2
3  If you are a participant in this case, this filing will be served in hard-copy shortly.
4
5  For information on retrieving this filing directly from the court, please see the court's main web site at
6  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not efiled for the following reason(s):
8  [X] Voluminous Document (PDF file size larger than the efiling system allows)
9
10 [_] Unable to Scan Documents
11 [_] Physical Object (description): _____
12 _____
13 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
14 [_] Item Under Seal
15 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 [_] Other (description): _____
17 _____
18
19                                              Respectfully Submitted,
20 DATED: July 19, 2007                         BRINKMAN PORTILLO, PC
21
22
23                                     By: _____/S/ Laura J. Portillo_____
24                                              Laura J. Portillo
25                             Special Counsel to Betta Products, Inc. And
                               Special Counsel to Dana McCurnin,
26                             Trustee of the Betta Products Litigation Trust
27
28