1 | Daren R. Brinkman (State Bar No. 158698)
2 | Laura J. Portillo (State Bar. No. 186813)
  | BRINKMAN PORTILLO, PC
3 | 4333 Park Terrace Drive, Suite 205
  | Westlake Village, CA 91361
4 | Telephone: (818) 597-2992
  | Facsimile: (818) 597-2998
5 |
6 | Special Counsel to Betta Products Inc.,
  | And special counsel to Dana McCurnin,
7 | Trustee of the Betta Products Litigation
  | Trust
8 |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re: | |
| BETTA PRODUCTS, INC., a California Corporation | **District Court** |
| | **Civil Action No. CV 07-02661 VRW** |
| Debtor. | |
| BETTA PRODUCTS, INC., the Debtor in Possession, And DANA MC CURNIN, Trustee of the Betta Products Litigation Trust | Bankruptcy Case No. 03-10925 AJ |
| | Chapter 11 |
| Plaintiff, | Adversary No. 05-01046 |
| v. | |
| DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The undersigned certifies and declares as follows:

I am employed in the City of Westlake Village and County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. I am employed by

Brinkman Portillo, PC whose business address is 4333 Park Terrace Drive, Suite 205, Westlake Village, California 91361.

On **July 19, 2007,** I served the forgoing documents described as:

**APPENDIX: EXCERPTS OF RECORD VOLUMES 1-4 OF APPELLANTS BETTA PRODUCTS, INC., AND DANA MC CURNIN, TRUSTEE OF THE BETTA PRODUCTS LITIGATION TRUST, ON APPEAL OF JUDGMENT CONFIRMING ARBITRATION AWARD**

on the interested parties in this action [X] by placing [X] the original [] a true copy thereof enclosed in sealed envelopes addressed as follows:

[X] **BY MAIL**

James A. Beitz
Hagerty Johnson & Beitz PA
701 Fourth Avenue South, Suite 700
Minneapolis, MN 55415

[X] I deposited such envelope in a United States Postal Service drop box at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on **July 19, 2007,** at Westlake Village, County of Los Angeles, California.

*Madelynn Alford*
Madelynn Alford

2

CERTIFICATE OF SERVICE