Daren R. Brinkman (State Bar No. 158698)
Laura J. Portillo (State Bar. No. 186813)
BRINKMAN PORTILLO, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Special counsel to Betta Products Inc.
and special counsel to the Betta
Products Litigation Trust

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., the Debtor in Possession, and the Betta Products Litigation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS,<br><br>    Defendant. | Case No. CV 07-02661 VRW<br><br>**CERTIFICATE OF SERVICE**<br><br>[No Hearing Required] |

## PROOF OF SERVICE

I, Madelynn Alford, hereby declare:

I am employed in the city of Westlake Village, County of Los Angeles, California in the office of a member of the State Bar of California at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Brinkman & Associates, P.C., 4333 Park Terrace Drive, Suite 205, Westlake Village, California 91361.

1

1   I served the documents described as:

2   **1. OPENING BRIEF OF APPELLANTS BETTA PRODUCTS, INC., AND
3   DANA MC CURNIN, TRUSTEE OF THE BETTA PRODUCTS LITIGATION
    TRUST, ON APPEAL OF JUDGMENT CONFIRMING ARBITRATION AWARD**
4
5   on the interested parties in this action by **U.S. Mail** sent **July 23, 2007**, to:

6   Mitchell Greenberg                             James A. Beitz
    Abbey, Weitzberg, Warren, & Emery              Hagerty Johnson & Beitz, PA
7   100 Stony Point Rd. #200                       701 Fourth Avenue South, Ste 700
    P.O.Box 1566                                   Minneapolis, MN 55415
8   Santa Rosa, CA. 95401

9
    United States Trustee's Office
10  235 Pine Street, Ste 700
    San Francisco, CA 94104
11

12

13      I declare under penalty of perjury under the laws of the State of California that the
14
    forgoing is true and correct, and that this declaration was executed on **July 23, 2007** at Westlake
15
    Village, California.
16
                                    *Madelynn Alford* (signature)
17                                  Madelynn Alford

2