Daren R. Brinkman (CA Bar No. 158698)
Laura Portillo (CA Bar No.186813)
BRINKMAN PORTILLO, PC
4333 Park Terrace Dr., Suite 205
Westlake Village, CA 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Special Counsel to Betta Products, Inc.
And Special Counsel to Dana McCurnin,
the Trustee of the Betta Products
Litigation Trust

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., and DANA MCCURNIN, trustee of the Betta Products Litigation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRIBUTION SYSTEMS AND SERVICES, INC., aka DSS,<br><br>Defendant. | Appellate Case No. CV 07- 02661 VRW<br><br>Bankrtupcy Case No.: 03-10925<br>Adversary Case No.: 05-1046<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Hearing Date and Time:<br>Date:   October 25, 2007<br>Time:   2:30 p.m.<br>Place:  450 Golden Gate Ave.<br>           San Francisco, CA 94102 |

**PROOF OF SERVICE**

I, Madelynn Alford, hereby declare:

I am employed in the city of Westlake Village, County of Los Angeles, California in the office of a member of the State Bar of California at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Brinkman & Associates, P.C., 4333 Park Terrace Drive, Suite 205, Westlake Village, California 91361.

1

I served the documents described as:

1. **NOTICE OF MOTION AND MOTION FOR VOLUNTARY DISMISSAL OF APPEAL; MEMORANDUM IN SUPPORT**

on the interested parties in this action by FedEx Standard Overnite sent September 14, 2007, to:

James A. Beitz
Hagerty Johnson & Beitz, PA
701 Fourth Avenue South, Ste 700
Minneapolis, MN 55415

on the interested parties in this action by U.S. Mail sent September 14, 2007, to:

Mitchell Greenberg
Abbey, Weitzberg, Warren, & Emery
100 Stony Point Rd. #200
P.O.Box 1566
Santa Rosa, CA. 95401

United States Trustee's Office
235 Pine Street, Ste. 700
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct, and that this declaration was executed on September 14, 2007 at Westlake Village, California.

*Madelynn Alford*
Madelynn Alford